ME11-1141                    RAINE, JAMES RUSSELL                    Page 4 of 4

**OPINION:**

Based upon the autopsy findings and current investigational information, this 37-year-old male died as a result of gunshot wounds of the head and neck. The manner of death is homicide.

_____        Date Signed: 10/25/11
Erin A. Barnhart, M.D.
**Deputy Chief Medical Examiner**

EAB/ac
T: 10/24/2011



EXHIBIT G