### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **EMMA J. SMITH** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:07CV936 LG-JMR** |
| | § | |
| **PRIMERICA LIFE INS. CO.** | § | **DEFENDANT** |

### ORDER OF DISMISSAL

THIS CAUSE comes before the Court on the Motion to Dismiss [14] filed by the

Defendant, Primerica Life Insurance Company.  Primerica notes that this case has been stayed

pending resolution of a parallel interpleader action in the Eastern District of Louisiana.  Primerica

has submitted certain documents from that case: the release and settlement agreement between

the Smith parties and Primerica [14-1]; and the order of discharge [14-2] entered by the Eastern

District of Louisiana, terminating the interpleader action.  As the parallel interpleader action has

been resolved with Primerica having no further liability to Smith, Primerica now moves in this

Court for dismissal of the above-captioned case.  Plaintiff Emma Smith has informed the Court

that she has no opposition.  Accordingly, the Court finds the Motion to be well-taken.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion to Dismiss [14]

filed by the Defendant, Primerica Life Insurance Company, is **GRANTED**.  This matter is

**DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the 18th day of July, 2008.

s/ Louis Guirola, Jr.

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE

EXHIBIT
T